**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Animo Bancorp, Inc. (Name) | EIN: | 87–1003849 |
| United States Bankruptcy Court | Western District of Texas | Date case filed for chapter: 7 | 3/5/24 |
| Case number: | 24–50359–cag | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Animo Bancorp, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 10777 Strait Lane<br>Dallas, TX 75229 | |
| **4. Debtor's attorney**<br>Name and address | Douglas J. Powell<br>Law Offices of Douglas J. Powell<br>PO Box 340686<br>Lakeway, TX 78734 | Contact phone 512–476–2457<br>Email: dpowell@dougpowelllaw.com |
| **5. Bankruptcy trustee**<br>Name and address | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Contact phone 830–407–5115<br>Email: pat.lowe.law@gmail.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br>Contact phone (210) 472–6720<br>Date: 3/5/24 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 9, 2024 at 03:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Phone: (888)405–5981; Code#:2733682** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-50359-cag

Animo Bancorp, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2

Date Rcvd: Mar 05, 2024 Form ID: 309C Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Animo Bancorp, Inc., 10777 Strait Lane, Dallas, TX 75229-5428 |
| 18628665 | + | Blackstone Invesments I, P. O. Box 863376, Plano, TX 75086-3376 |
| 18628666 | + | Daniel Realty Services, 505 20th Street North, Suite 1000, Birmingham, AL 35203-4626 |
| 18628667 | + | Michael B. Hess, Akerman, LLP, 2001 Ross Avenue, Suite 3600, Dallas, TX 75201-2938 |
| 18628668 | + | Predicitve Analytics Group, Inc., c/o Bailey & Glasser, LLP, 2961 Centerville Road, Suite 302, Wilmington, DE 19808-1663 |
| 18628669 | | State of New Jersey, Department of the Treasury, c/o Pioneer Credit recovery, P. O. Box 1009, Moorestown, NJ 08057-0909 |
| 18628671 | + | The Capital Markets Company, LLC, 3131 McKinney Ave., Suite 175, Dallas, TX 75204-7426 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpowell@dougpowelllaw.com | Mar 05 2024 22:47:00 | Douglas J. Powell, Law Offices of Douglas J. Powell, PO Box 340686, Lakeway, TX 78734 |
| tr | + | EDI: QJPLOWE.COM | Mar 06 2024 03:32:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 05 2024 22:48:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 18628670 | + | EDI: TENNREV | Mar 06 2024 03:32:00 | State of Tennessee, Department of Revenue, 500 Deaderick Street, Nashville, TN 37242-0002 |
| 18628670 | + | Email/Text: tdor.bankruptcy@tn.gov | Mar 05 2024 22:47:00 | State of Tennessee, Department of Revenue, 500 Deaderick Street, Nashville, TN 37242-0002 |
| 18628672 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Mar 05 2024 22:47:00 | United States Department of Justice, United States Attorney, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597 |
| 18628673 | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 05 2024 22:48:00 | United States Trustee, 903 San Jacinto, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024 Signature: /s/Gustava Winters