# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–50359–cag
Chapter No.: 7
Judge: Craig A Gargotta

IN RE: **Animo Bancorp, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above–named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**6/3/24** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above–named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*

*U. S. BANKRUPTCY COURT*
*615 E. HOUSTON STREET, ROOM 597*
*SAN ANTONIO, TX 78205*

*MAIL COPY OF PROOF OF CLAIM TO:*

*John Patrick Lowe*
*2402 East Main Street*
*Uvalde, TX 78801*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

***** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE–FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 3/11/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-50359-cag

Animo Bancorp, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2

Date Rcvd: Mar 11, 2024 Form ID: 148 Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Animo Bancorp, Inc., 10777 Strait Lane, Dallas, TX 75229-5428 |
| 18628665 | + | Blackstone Invesments I, P. O. Box 863376, Plano, TX 75086-3376 |
| 18628666 | + | Daniel Realty Services, 505 20th Street North, Suite 1000, Birmingham, AL 35203-4626 |
| 18628667 | + | Michael B. Hess, Akerman, LLP, 2001 Ross Avenue, Suite 3600, Dallas, TX 75201-2938 |
| 18628668 | + | Predicitve Analytics Group, Inc., c/o Bailey & Glasser, LLP, 2961 Centerville Road, Suite 302, Wilmington, DE 19808-1663 |
| 18628669 | | State of New Jersey, Department of the Treasury, c/o Pioneer Credit recovery, P. O. Box 1009, Moorestown, NJ 08057-0909 |
| 18628671 | + | The Capital Markets Company, LLC, 3131 McKinney Ave., Suite 175, Dallas, TX 75204-7426 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Mar 12 2024 02:32:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 11 2024 22:37:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 18628670 | + | EDI: TENNREV | Mar 12 2024 02:26:00 | State of Tennessee, Department of Revenue, 500 Deaderick Street, Nashville, TN 37242-0002 |
| 18628670 | + | Email/Text: tdor.bankruptcy@tn.gov | Mar 11 2024 22:36:00 | State of Tennessee, Department of Revenue, 500 Deaderick Street, Nashville, TN 37242-0002 |
| 18628672 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Mar 11 2024 22:36:00 | United States Department of Justice, United States Attorney, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597 |
| 18628673 | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 11 2024 22:37:00 | United States Trustee, 903 San Jacinto, Suite 230, Austin, TX 78701-2450 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J. Powell | on behalf of Debtor Animo Bancorp Inc. dpowell@dougpowelllaw.com, dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 3