**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**APPLICATION FOR RETENTION OF GRAVES DOUGHERTY HEARON & MOODY, PC AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §327(a)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE CRAIG A. GARGOTTA, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW John Patrick Lowe, Trustee ("Trustee"), the duly appointed and acting Chapter 7 trustee in the above-captioned bankruptcy case, and hereby files his *Application For Retention of Graves Dougherty Hearon & Moody, PC as Counsel for the Estate Pursuant to 11 U.S.C. §327(a)*, and would show the Court as follows:

1. This case was filed on March 5, 2024 (the "Petition Date") under Chapter 7 of title 11 of the United States Code.

2. The Trustee is the duly appointed and serving chapter 7 trustee.

3. In this proceeding, there are legal matters requiring the services of an attorney, including but not necessarily limited to, representing and advising the Trustee with respect to efforts to liquidate assets of this chapter 7 bankruptcy estate (the "Estate"), in performing his due diligence with respect to investigation and prosecution of potential claims asserted by or against the Estate, investigation and pursuit of avoidance actions, analysis of and objections to claim, and other matters that may arise during the administration of the Estate.

4. The Trustee seeks to employ GDHM as his attorneys with regards to matters related to the Estate. It is in the best interest of the Estate that GDHM be employed to represent the Trustee as counsel. Brian T. Cumings, the primary attorney for GDHM in this matter, is a Licensed Attorney in good standing with the State Bar of Texas Mr. Cumings has experience in matters like those present in this case and frequently represents bankruptcy trustees in this District. The attorneys at GDHM have extensive experience dealing with litigation matters such as may arise during the pendency of this bankruptcy case. The Trustee believes that it is in the best interest of the Estate to employ GDHM to represent the Trustee generally; the Trustee anticipates the likelihood of retaining counsel (whether through modification of the retention of GDHM or separate retention of special litigation counsel) on a contingency fee basis to pursue certain litigation claims.

5. GDHM has no interest adverse to the Estate. Attached hereto as **Exhibit 1** and **Exhibit 2**, respectively, are the Disclosure of Compensation under 11 U.S.C. §329 and Bankruptcy Rule 2016(b) and the Affidavit of Brian T. Cumings, that GDHM has no interest adverse to this Estate.

6. The attorneys of GDHM will charge their normal hourly rates. The attorney who will be primarily responsible is Brian T. Cumings, whose current hourly rate is $475.00, which may be adjusted upward at the beginning of each calendar year. From time to time, assistance may be provided by other attorneys with GDHM at their then-standard hourly rates, which at present range from $285.00 to $650.00. Paralegals and Administrative Staffs will charge $20.00-$200.00. The attorneys will also be entitled to reimbursement of reasonable expenses, attached hereto as **Exhibit 3** is the fee agreement of Brian T. Cumings. No compensation will be paid until a fee application has been filed and approved by the court, pursuant to 11 U.S.C. §330 and the

requirements of any other applicable law.

7. A list of other bankruptcy cases in which GDHM currently represents John Patrick Lowe in his capacity as bankruptcy trustee is attached hereto as **Exhibit 4**.

8. GDHM maintains an office for practice of law at 401 Congress Avenue, Suite 2700, Austin, TX 78701, telephone (512) 480-5626, fax (512) 536-9926.

WHEREFORE PREMISES CONSIDERED, John Patrick Lowe, Chapter 7 Trustee, prays that he be authorized to retain Graves Dougherty Hearon & Moody PC, as his attorneys, and for other just relief.

Respectfully submitted,

By: */s/ John Patrick Lowe*
John Patrick Lowe, Chapter Trustee

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By: /s/ *Brian T. Cumings*
Brian T. Cumings
**PROPOSED COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Application has been served by the Court's ECF e-filing notification on all parties receiving such notices on March 22, 2024, and as reflected below and copies of the Notice of Employment are being served to those on the Service List appended to this Application.

Office of the United States Trustee
615 E. Houston St., Suite 533
San Antonio, TX 78295-1601

John Patrick Lowe, Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

Animo Bancorp, Inc.
10777 Strait Lane
Dallas, TX 75229
*Debtor*

Douglas J. Powell
Law Offices of Douglas J. Powell
1PO Box 340686
Lakeway, TX 78734
*Debtors' Counsel*

By:*/s/ Brian T. Cumings*
Brian T. Cumings