# EXHIBIT 4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**Other Active Cases in Which GDHM Has Represented John Patrick Lowe in His Capacity as Bankruptcy Trustee**

| | |
|---|---|
| *In re Rozelle/Johnson* | Case Nos. 14-51480 and 14-51484 |
| *In re WC Alamo Industrial Center, LP* | Case No. 22-10226 |
| *In re WC Braker Portfolio B, LLC* | Case No. 22-10628 |
| *In re Vidatronic, Inc.* | Case No. 23-10371 |
| *In re Texas Armoring Corporation* | Case No. 22-50436 |

Dated: March 22, 2024

Respectfully submitted,

Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)

By: */s/ Brian T. Cumings*
Brian T. Cumings
State Bar No. 24082882
Email: bcumings@gdhm.com