**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER GRANTING RETENTION OF GRAVES DOUGHERTY HEARON & MOODY, PC AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §327(a)**

ON THIS DAY, the Court considered the *Application for Retention of Graves Dougherty Hearon & Moody, PC as Counsel for the Estate Pursuant to 11 U.S.C. §327(a)* [Dkt. No. ___] (the "Application"), and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

ORDERED, that the employment of Graves Dougherty Hearon & Moody, P.C., as counsel for the Trustee, be, and it is hereby, approved and,

ORDERED, that compensation will be paid upon application to this Court only after notice 8and hearing, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

# # #

*Order Prepared by Proposed Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com