**THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**IN RE: Animo Bancorp, Inc., Debtor(s).**
**10777 Strait Lane**
**Dallas, TX 75229**

**XXX-XX-**

**Case No. 24-50359 CAG**
**Chapter 7**

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Jonathan Skrmetti
Attorney General and Reporter

/s/ Stephen R. Butler

Stephen R. Butler
Senior Assistant Attorney General
BPR No. 014772
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 532-8718 Fax: 615-741-3334
Email: steve.butler@ag.tn.gov

CERTIFICATE OF SERVICE

I certify that on April 12, 2024 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Stephen R. Butler

Stephen R. Butler
Senior Assistant Attorney General

Office of the U.S. Trustee
615 E Houston St Ste 533
San Antonio, Texas 78205

John Patrick Lowe
Chapter 7 Trustee
318 E. Nopal
Uvalde, TX 78801

Douglas J. Powell
Attorney for the Debtor(s)
PO Box 340686
Lakeway, TX 78734