UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF
TEXAS
SAN ANTONIO DIVISION

Case number 24-50359-CAG

In re: ANIMO BANCORP, INC.

Taxpayer number: XXXXXXX8935

WITHDRAWAL OF
CLAIM # 4
PRIORITY PROOF OF CLAIM

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 05/28/2024
2. TOTAL AMOUNT OF CLAIM: $ 2,170.00
   FRANCHISE TAX CH. 171
3. DATE DEBT WAS INCURRED: 01/01/2023 to 03/05/2024
4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 08/08/2024

/S/ LYDIA H HEWETT
LYDIA H HEWETT
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)