**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER APPROVING COMPROMISE PURSUANT TO RULE 9019**

CAME ON TO BE CONSIDERED the *Motion for Entry of an Order Approving Compromise Pursuant to Rule 9019* (the "Motion") [Dkt. No. __], under which John Patrick Lowe, Trustee ("Trustee") the duly appointed and acting Chapter 7 trustee over the above-captioned debtor's estate (the "Estate") in this bankruptcy case, seeks approval of a compromise (the "Settlement Agreement") with the Field Manning Stone Aycock, PC ("Field Manning"; together with the Trustee, the "Parties") as embodied in the Settlement Agreement attached to the Motion as **Exhibit 1**.

The Court finds as follows:

1. The compromise set forth in the Settlement Agreement is fair and equitable and is

in the best interest of the Estate.

**IT IS, THEREFORE, ORDERED THAT**:

1. The Settlement Agreement attached as **Exhibit 1** to the Motion is approved in its entirety. Further, the Court finds and determines that the proposed compromise and resolution embodied in the Settlement Agreement, including the releases contained therein, are a reasonable, appropriate, and valid exercise of the Trustee's business judgment.

2. Within ten business days of the date of this Order, Field Manning shall pay to the Trustee the amount of $65,000.00; upon payment of such amount, Field Manning shall be entitled to an allowed, nonpriority unsecured claim against the Estate in the amount of $65,000.00.

3. Upon payment by Field Manning pursuant to the prior paragraph, the Trustee is authorized to seek dismissal with prejudice of Adv. Proc. No. 24-05019-cag.

4. Field Manning is ordered to comply with its obligations under the Settlement Agreement.

5. This Order shall be binding upon and shall inure to the benefit of the Parties and their predecessors, successors, agents, assigns, and estates, including bankruptcy trustees and estate representatives.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

*Order prepared by counsel for Chapter 7 Trustee*

**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**

By: */s/ Brian T. Cumings*
Brian T. Cumings
Texas Bar No. 24082882
Fed. ID No. 2069558
bcumings@gdhm.com

401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926