GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

EXH 1

John Patrick Lowe

October 17, 2024
Invoice No. 2073574

---

## BILLING SUMMARY

For Services Through October 16, 2024

**Our File No. A32885.11**

**RE: Animo Bancorp Bankruptcy**

| | |
|---|---|
| Total Fees for Professional Services | $ 24,320.00 |
| Total Reimbursable Costs | $ 471.84 |
| **TOTAL INVOICE AMOUNT** | **$ 24,791.84** |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

Lowe, Chapter 7 Trustee, John Patrick

October 17, 2024
Invoice No. 2073574

**FEES FOR PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/24 | BTC | Prepare application to employ GDHM (1.1); | 1.10 | 475.00 | 522.50 |
| 3/22/24 | BTC | Prepare application to employ GDHM (.3); | .30 | 475.00 | 142.50 |
| 3/27/24 | BTC | Communicate with P. Lowe regarding pending matters (.2); | .20 | 475.00 | 95.00 |
| 3/28/24 | BTC | Communicate with P. Lowe regarding chapter 5 cause of action and potential insider litigation (.2); | .20 | 475.00 | 95.00 |
| 3/29/24 | BTC | Communicate with P. Lowe regarding preference demand to law firm (.1); | .10 | 475.00 | 47.50 |
| 4/01/24 | BTC | Review bank statements and information relating to pre-petition transfers (.2); | .20 | 475.00 | 95.00 |
| 4/02/24 | BTC | Review information relating to pre-petition transfers to law firm (.3); Draft preference demand letter (.2); Communicate with P. Lowe regarding preference demand (.1); | .60 | 475.00 | 285.00 |
| 4/03/24 | BTC | Review and analyze preference claim issues (.4); Prepare demand letter to Lubbock firm (.4); | .80 | 475.00 | 380.00 |
| 4/04/24 | BTC | Review and analyze potential causes of action against principal relating to denuding debtor of assets (1.1); | 1.10 | 475.00 | 522.50 |
| 4/09/24 | BTC | Prepare for and attend 341 meeting (.8); Review and analyze Schedules and other information relating to large pre-petition transfers for benefit of debtor's principal (1.0); Communicate with P. Lowe regarding pending matters (.4); Communicate with D. Felice, counsel for creditor, regarding proof of claim issues (.1); | 2.30 | 475.00 | 1,092.50 |
| 4/10/24 | BTC | Review and analyze issues relating to potential litigation claims against Debtor's principals; | .60 | 475.00 | 285.00 |
| 4/11/24 | BTC | Communicate with D. Powell, debtor's counsel, regarding preference action; | .10 | 475.00 | 47.50 |
| 4/12/24 | BTC | Communicate with D. Felice, counsel for certain creditors, regarding potential causes of action against Debtor's principal (.3); Review and analyze issues relating to litigation claims against Debtor's principal (.5); | .80 | 475.00 | 380.00 |
| 4/17/24 | BTC | Communicate with M. Hess, counsel for creditor, regarding debtor information (.1); | .10 | 475.00 | 47.50 |
| 4/19/24 | BTC | Communicate with P. Lowe regarding preference actions; | .10 | 475.00 | 47.50 |
| 4/22/24 | BTC | Communicate with D. Powell, counsel for debtor, regarding document and information request (.2); | .20 | 475.00 | 95.00 |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/29/24 | JLH | Locate registered agent information for Citi and SoFi with Texas Secretary of State for B. Cumings; | .50 | 225.00 | 112.50 |
| 4/30/24 | BTC | Communicate with T. Neugebauer, debtor's principal, regarding claims and litigation (.5); Communicate with P. Lowe regarding Neugebauer issues (.2); Review and analyze litigation claim information provided by Neugebauer (.6); | 1.40 | 475.00 | 665.00 |
| 5/01/24 | BTC | Communicate with M. Hess (Akerman), counsel for Capco, regarding status and efforts to monetize claims (.4); Communicate with P. Lowe regarding pending matters (.2); Prepare demand to Lubbock firm for debtor's files (.1); | .70 | 475.00 | 332.50 |
| 5/02/24 | BTC | Communicate with Lubbock law firm regarding preference payment; | .30 | 475.00 | 142.50 |
| 5/03/24 | BTC | Communicate with P. Lowe regarding pending matters (.2); Prepare draft preference action adversary complaint against Lubbock law firm (1.8); Prepare demand letter to Lubbock law firm for files relating to Debtor (.3); | 2.30 | 475.00 | 1,092.50 |
| 5/06/24 | BTC | Prepare preference complaint (.4); Prepare demand letter to Lubbock firm (.2); | .60 | 475.00 | 285.00 |
| 5/09/24 | BTC | Communicate with T. Neugebauer, debtor's principal, regarding demanded information and documents (.2); Communicate with T. Berghman, counsel for chapter 7 trustee in affiliate case With Purpose, regarding T. Neugebauer (.2); | .40 | 475.00 | 190.00 |
| 5/09/24 | JLH | Obtain registered agent information with Chase Bank from Texas Secretary of State for B. Cumings; | .30 | 225.00 | 67.50 |
| 5/10/24 | BTC | Communicate with J. Field, counsel for Lubbock law firm, regarding Trustee's preference demand (.4); Communicate with T. Berghman, counsel for chapter 7 trustee in With Purpose bankruptcy case regarding T. Neugebauer (.2); | .60 | 475.00 | 285.00 |
| 5/13/24 | BTC | Communicate with P. Lowe regarding pending matters (.2); Communicate with T. Berghman, counsel for trustee in affiliated case, regarding T. Neugebauer (.1); | .30 | 475.00 | 142.50 |
| 5/14/24 | BTC | Communicate with T. Neugebauer regarding transfers and failure to turn over documents (1.0); Communicate with P. Lowe regarding pending matters (.1); | 1.10 | 475.00 | 522.50 |
| 5/15/24 | BTC | Communicate with T. Berghman, counsel for chapter 7 trustee in affiliated With Purpose case (1.0); | 1.00 | 475.00 | 475.00 |
| 5/17/24 | BTC | Communicate with B. Conroy, former insider of debtor, regarding Neugebauer issues (.9); Communicate with M. Hess, counsel for CapCo, regarding Neugebauer issues (.3); Prepare adversary complaint against Field Manning (.5); Communicate with S. Curry and counsel for S. Curry regarding information requests (.3); Review and analyze issues relating to Neugebauer self-dealing (1.6); | 3.40 | 475.00 | 1,615.00 |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/20/24 | BTC | Communicate with T. Berghman, counsel for With Purpose trustee, regarding debtor's documents and litigation (.6); | .60 | 475.00 | 285.00 |
| 5/21/24 | BTC | Communicate with T. Berghman, counsel for With Purpose trustee, regarding Animo documents and files (.2); | .20 | 475.00 | 95.00 |
| 5/24/24 | BTC | Communicate with T. Berghman, counsel for With Purpose estate, regarding Animo documents; | .10 | 475.00 | 47.50 |
| 5/24/24 | CMG | Exchange emails with B. Cumings concerning production method for client transmittal of documents for analysis; Correspondences with T. Berghman concerning file sharing request for documents; | 1.10 | 225.00 | 247.50 |
| 5/28/24 | BTC | Review and analyze response letter from Lubbock firm regarding preference action (.1); Communicate with P. Lowe regarding same (.1); Respond to Lubbock firm with request for information (.1); | .30 | 475.00 | 142.50 |
| 5/31/24 | BTC | Communicate with P. Lowe regarding status of estate (.1); | .10 | 475.00 | 47.50 |
| 6/03/24 | BTC | Communicate with T. Berghman, counsel for With Purpose trustee, regarding information relating to Animo (.2); Communicate with P. Lowe regarding status (.1); Review and analyze potential litigation claims involving broader business enterprise (.8); | 1.10 | 475.00 | 522.50 |
| 6/03/24 | CMG | Check fileshare for transmittal of client documentation; Prepare report to BTC concerning same; Correspondences from counsel concerning same; | .40 | 225.00 | 90.00 |
| 6/03/24 | CMG | Correspondences with T. Berghman concerning transmittal of files; Download and unzip files to garage; Prepare report to BTC and litsupport; | .60 | 225.00 | 135.00 |
| 6/04/24 | BTC | Communicate with C. Florence, counsel for S. Curry, regarding knowledge of Neugebauer transfers (.4); Communicate with T. Berghman, counsel for With Purpose trustee, regarding Animo documents (.1); Review and analyze Animo documents (.4); | .90 | 475.00 | 427.50 |
| 6/04/24 | CMG | Conferences with BTC concerning examination of client documents and upload to open discovery; | .20 | 225.00 | 45.00 |
| 6/05/24 | CMG | Emails with iPro to create open discovery database for review of documents and emails with BTC concerning same; | .50 | 225.00 | 112.50 |
| 6/06/24 | BTC | Communicate with C. Florence, counsel for S. Curry, regarding transfers to Neugebauer (.3); | .30 | 475.00 | 142.50 |
| 6/06/24 | CMG | Prepare request to iPro to create document database with case information; Emails with iPro on same; | .40 | 225.00 | 90.00 |
| 6/07/24 | CMG | Emails with iPro concerning creation of document database with case information; Prepare report to BTC concerning same and review pass; | .60 | 225.00 | 135.00 |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/09/24 | CMG | Emails with iPro concerning upload of documents to database and prepare report to BTC concerning same; | .30 | 225.00 | 67.50 |
| 6/10/24 | BTC | Communicate with counsel for Lubbock law firm regarding adversary (.1); Review documents provided by Lubbock law firm (.2); | .30 | 475.00 | 142.50 |
| 6/11/24 | BTC | Review documents turned over by Lubbock law firm (.4); | .40 | 475.00 | 190.00 |
| 6/11/24 | CMG | Emails with J. Moore concerning transmittal of Animo file; Download documents and import to Garage; Prepare detailed reports to BTC concerning same; | .60 | 225.00 | 135.00 |
| 6/12/24 | BTC | Review and analyze Animo documents received from With Purpose trustee; | .20 | 475.00 | 95.00 |
| 6/12/24 | CMG | Reports to BTC concerning open discovery database of documents; | .30 | 225.00 | 67.50 |
| 6/13/24 | BTC | Review and analyze Animo files received from With Purpose trustee (.6); | .60 | 475.00 | 285.00 |
| 6/13/24 | CMG | Create review pass of documents for BTC analysis; QC review pass to ensure accuracy and family relationships are maintained and sorting parameters were met; Prepare detailed report to BTC concerning same; | 1.10 | 225.00 | 247.50 |
| 6/17/24 | BTC | Review and analyze Animo documents received from With Purpose trustee; | .60 | 475.00 | 285.00 |
| 6/19/24 | BTC | Communicate with P. Lowe regarding answer filed by Lubbock law firm (.1); | .10 | 475.00 | 47.50 |
| 6/20/24 | BTC | Communicate with C. Florence, counsel for Curry, regarding Neugebauer issues (.2); Communicate with Lubbock firm regarding discovery and potential settlement (.3); Prepare discovery requests to Lubbock firm (3.6); | 4.10 | 475.00 | 1,947.50 |
| 6/21/24 | BTC | Review answer filed by Lubbock firm (.1); Communicate with C. Florence, counsel for S. Curry, regarding Neugebauer issues (.2); | .30 | 475.00 | 142.50 |
| 7/02/24 | BTC | Review scheduling order; | .10 | 475.00 | 47.50 |
| 7/08/24 | BTC | Communicate with R. Moore, Moore IP Solutions, regarding litigation funding for pursuing Neugebauer (.1); Prepare initial disclosures for Lubbock firm adversary (.3); | .40 | 475.00 | 190.00 |
| 7/11/24 | BTC | Prepare initial disclosures for preference adversary (.1); Communicate with P. Lowe regarding adversary (.1); Communicate with potential litigation funders regarding NDA (.1); | .30 | 475.00 | 142.50 |
| 7/15/24 | BTC | Communicate with M. Hess, counsel for creditor, regarding status of case; | .10 | 475.00 | 47.50 |
| 7/16/24 | BTC | Communicate with J. Paul Manning, counsel for defendant, regarding initial disclosures; | .10 | 475.00 | 47.50 |

GDHM GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/24 | BTC | Communicate with M. Hess, counsel for creditor, regarding status and potential litigation (.4); | .40 | 475.00 | 190.00 |
| 7/25/24 | BTC | Communicate with J. Paul Manning regarding adversary proceeding (.5); | .50 | 475.00 | 237.50 |
| 7/29/24 | BTC | Prepare deposition topics for Field Manning corporate representative; | .10 | 475.00 | 47.50 |
| 7/30/24 | BTC | Prepare deposition topics (.2); | .20 | 475.00 | 95.00 |
| 7/31/24 | BTC | Prepare for deposition of J. Paul Manning; | .10 | 475.00 | 47.50 |
| 8/01/24 | BTC | Communicate with D. Kerstein, representative for potential litigation funder (.2); | .20 | 475.00 | 95.00 |
| 8/02/24 | BTC | Communicate with T. Berghman, counsel for With Purpose trustee, regarding Manning and litigation claims (.6); Review and analyze potential litigation claims as estate assets (.4); | 1.00 | 475.00 | 475.00 |
| 8/08/24 | BTC | Communicate with Paul Manning regarding failure to provide initial disclosures (.1); Prepare proposed findings of fact and conclusions of law (2.2); | 2.30 | 475.00 | 1,092.50 |
| 8/09/24 | BTC | Communicate with J. Paul Manning regarding failure to serve initial disclosures; | .20 | 475.00 | 95.00 |
| 8/13/24 | BTC | Communicate with D. Felice, counsel for creditor, regarding status of litigation and potential litigation (.1); Review and analyze documents produced by Field Manning in adversary proceeding (1.4); Review and analyze documents received from With Purpose trustee (1.0); | 2.50 | 475.00 | 1,187.50 |
| 8/13/24 | CMG | Import Field Manning documents to database from self-service and QC document import; Create saved search of documents produced by Field Manning, prepare detailed report to and teleconference with B. Cumings concerning same; | .70 | 225.00 | 157.50 |
| 8/14/24 | BTC | Review and analyze documents produced by Field Manning in adversary proceeding (1.0); Review and analyze documents received from With Purpose trustee (.3); | 1.30 | 475.00 | 617.50 |
| 9/05/24 | BTC | Communicate with J. Manning, counsel for Lubbock firm, regarding potential settlement (.3); Communicate with P. Lowe regarding same (.1); | .40 | 475.00 | 190.00 |
| 9/06/24 | BTC | Prepare 9019 and settlement agreement with Field Manning law firm (1.5); Communicate with P. Manning regarding settlement (.1); Communicate with P. Lowe regarding pending matters (.2); | 1.80 | 475.00 | 855.00 |
| 9/09/24 | BTC | Communicate with P. Lowe and P. Manning regarding settlement (.1); | .10 | 475.00 | 47.50 |
| 9/10/24 | BTC | Communicate with P. Rosenblatt, counsel for potential purchaser of claims, regarding Neugebauer issues (.1); | .10 | 475.00 | 47.50 |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/13/24 | BTC | Communicate with M. Hess, counsel for creditor, regarding status of estate (.3); | .30 | 475.00 | 142.50 |
| 9/17/24 | BTC | Prepare 9019 and order (1.0); Communicate with P. Manning regarding settlement (.1); Communicate with P. Lowe regarding 9019 (.1); | 1.20 | 475.00 | 570.00 |
| 9/18/24 | BTC | Prepare 9019 with Field Manning (.2); | .20 | 475.00 | 95.00 |
| 9/20/24 | BTC | Communicate with P. Rosenblatt, counsel for potential buyer/funder of litigation claims, regarding claims against Neugebauer (.6); Communicate with P. Lowe regarding pending matters (.2); | .80 | 475.00 | 380.00 |
| 10/02/24 | BTC | Communicate with D. Felice, counsel for creditor, regarding status of claims against Neugebauer (.2); | .20 | 475.00 | 95.00 |
| 10/16/24 | BTC | Prepare interim fee application (1.6); | 1.60 | 475.00 | 760.00 |

**TOTAL FEES FOR PROFESSIONAL SERVICES** **$ 24,320.00**

## SUMMARY OF FEES FOR PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| Cumings, Brian T. | 47.60 | 475.00 | 22,610.00 |
| Guerrero, Candice M. | 6.80 | 225.00 | 1,530.00 |
| Hayes, Jennifer L. | .80 | 225.00 | 180.00 |
| **Total** | **55.20** | | **$ 24,320.00** |

## REIMBURSABLE COSTS

| Date | Description | Amount |
|---|---|---|
| 4/30/24 | Postage Charge 4/25/2024 | 5.61 |
| 5/01/24 | Fee for mailout (BK Attorney Services), Visa-NMD, 4/26/2024 | 25.11 |
| 5/31/24 | Postage charge 5/06/2024 | 23.58 |
| 5/31/24 | Postage charge 5/17/2024 | 11.56 |
| 5/31/24 | Postage charge, 5/06/2024 | 27.99 |
| 5/31/24 | Postage charge, 5/14/2024 | 27.99 |
| 6/11/24 | Filing fee (TX Western BK Court), Visa-NMD, 5/17/2024 | 350.00 |

**TOTAL REIMBURSABLE COSTS** **$ 471.84**

**TOTAL INVOICE AMOUNT** **$ 24,791.84**

GRAVES
DOUGHERTY
HEARON &
MOODY
*A Professional Corporation*

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

John Patrick Lowe

October 17, 2024
Invoice No. 2073574

---

## REMITTANCE COPY

**Our File No. A32885.11**

**RE: Animo Bancorp Bankruptcy**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 24,791.84** |

**All checks should be made payable to:**

GDHM
Attention: Accounts Receivable
P.O. Box 98
Austin, TX 78767-9998

**For payment by wire or ACH in USD:**

Bank of America
Austin, TX
Account: #005774315877
ACH ABA Routing: #111000025
Wire ABA Routing: #026009593
Int'l SWIFT Code: BOFAUS3N

To pay your bill online via credit card please visit
https://secure.lawpay.com/pages/gravesdoughertyhearonmoody/operating

## INVOICES ARE PAYABLE UPON RECEIPT

**Please return this remittance with your payment**

***We appreciate your business.***