Cases No. 24-50359 **APPENDIX L-2016-a-2**
Animo Bancorp, Inc., Debtor

**INTERIM FEE APPLICATION SUMMARY**

I. CLIENT – John Patrick Lowe, Chapter 7 Trustee

II. REQUESTING APPLICANT/FIRM - Graves Dougherty Hearon & Moody, P.C., attorneys for trustee

III. TOTAL AMOUNT OF FEES REQUESTED -

a. Fees: $24,320.00;
b. Expenses: $471,84;
c. Pre-petition retainer, if any: $0;
d. Time period covered: March 20, 2024, to October 16, 2024.

IV. BREAKOUT OF CURRENT APPLICATION

| *(1) PROFESSIONAL* | *TITLE* | *HOURLY RATE* | *TOTAL HOURS* | *FEES* |
|---|---|---|---|---|
| Cumings, Brian T. | Attorney | $475 | 47.6 | $22,610.00 |
| Guerrero, Candice M. | Paralegal | $225 | 6.8 | $1,530.00 |
| Hayes, Jennifer L. | Paralegal | $225 | .8 | $180.00 |
| **TOTAL** | | **$440.58** | **55.2** | **$24,320.00** |

MINIMUM FEE INCREMENTS - .1 hour
EXPENSES: $471.84
TOTAL FEES AND EXPENSES $24,791.84

V. PRIOR APPLICATIONS:

none

VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE: The Chapter 7 Trustee will be entitled to his compensation.

VII. RESULT OBTAINED – Prosecuted an adversary complaint that resulted in recovery of $65,000.00. Assisted the Trustee in investigating litigation claims against insiders.

# EXHIBIT 3