**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**NOTICE TO CREDITORS OF FILING OF FIRST INTERIM APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**

**This pleading requests relief that may be adverse to your interests.**
**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**
**A timely filed response is necessary for a hearing to be held.**

Graves Dougherty Hearon & Moody, PC ("Graves Dougherty"), Counsel to John Patrick Lowe, Chapter 7 trustee (the "Trustee") of the estate of Animo Bancorp, Inc. (the "Estate"), hereby serves this notice to those listed on the attached creditors mailing matrix that they have filed their First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred in the above-styled and numbered cause of action and that the complete Application filing referenced above can be located by going to https://www.pacer.gov/ or by contacting Counsel to the Trustee, Brian T. Cumings at: bcumings@gdhm.com, with a subject line of: 24-50359-cag, Animo Bancorp.

Attached to this Notice is a copy of the Fee Application Summary which was Exhibit 3 to the Fee Application filing. Unless you wish to object to the proposed Fee Application within 21 days of the date of this Notice, you do not need to take any further action in this regard.

*/s/ Brian T. Cumings*

512.480.5626, bcumings@gdhm.com