**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 18, 2024.**

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER APPROVING COMPROMISE PURSUANT TO RULE 9019**

CAME ON TO BE CONSIDERED the *Motion for Entry of an Order Approving Compromise Pursuant to Rule 9019* (the "Motion") [Dkt. No. 19], under which John Patrick Lowe, Trustee ("Trustee") the duly appointed and acting Chapter 7 trustee over the above-captioned debtor's estate (the "Estate") in this bankruptcy case, seeks approval of a compromise (the "Settlement Agreement") with the Field Manning Stone Aycock, PC ("Field Manning"; together with the Trustee, the "Parties") as embodied in the Settlement Agreement attached to the Motion as **Exhibit 1**.

The Court finds as follows:

1. The compromise set forth in the Settlement Agreement is fair and equitable and is

in the best interest of the Estate.

**IT IS, THEREFORE, ORDERED THAT**:

1. The Settlement Agreement attached as **Exhibit 1** to the Motion is approved in its entirety. Further, the Court finds and determines that the proposed compromise and resolution embodied in the Settlement Agreement, including the releases contained therein, are a reasonable, appropriate, and valid exercise of the Trustee's business judgment.

2. Within ten business days of the date of this Order, Field Manning shall pay to the Trustee the amount of $65,000.00; upon payment of such amount, Field Manning shall be entitled to an allowed, nonpriority unsecured claim against the Estate in the amount of $65,000.00.

3. Upon payment by Field Manning pursuant to the prior paragraph, the Trustee is authorized to seek dismissal with prejudice of Adv. Proc. No. 24-05019-cag.

4. Field Manning is ordered to comply with its obligations under the Settlement Agreement.

5. This Order shall be binding upon and shall inure to the benefit of the Parties and their predecessors, successors, agents, assigns, and estates, including bankruptcy trustees and estate representatives.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

*Order prepared by counsel for Chapter 7 Trustee*

**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**

By: /s/ Brian T. Cumings
Brian T. Cumings
Texas Bar No. 24082882
Fed. ID No. 2069558
bcumings@gdhm.com

401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-50359-cag

Animo Bancorp, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2

Date Rcvd: Oct 18, 2024 Form ID: pdfintp Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Animo Bancorp, Inc., 10777 Strait Lane, Dallas, TX 75229-5428 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 18 2024 22:20:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K Knighton, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Oct 18 2024 22:19:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Don Stecker, 112 E Pecan St #2200, San Antonio, TX 78205 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Oct 18 2024 22:19:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | |
|---|---|
| Brian Talbot Cumings | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| David W. Parham | on behalf of Creditor The Capital Markets Company LLC david.parham@akerman.com esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com |
| Dax D. Voss | on behalf of Defendant Field Manning Stone Aycock PC dvoss@lubbocklawfirm.com, clusk@lubbocklawfirm.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Douglas J. Powell | on behalf of Debtor Animo Bancorp Inc. dpowell@dougpowelllaw.com, dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Michael Hess | on behalf of Creditor The Capital Markets Company LLC michael.hess@akerman.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen R Butler | on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov agbanktexas@ag.tn.gov |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 12