**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 14, 2024.**

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER ON FIRST INTERIM APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**

CAME ON TO BE CONSIDERED the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred* (the "Application") [Dkt. No. 20] filed by Graves Dougherty Hearon & Moody, PC in the above-captioned bankruptcy cases. After considering the Application and any responses thereto, the Court is of the opinion that it should be GRANTED on an interim basis.

**IT IS, THEREFORE, ORDERED**, that the total amount of $24,791.84 in fees billed and expenses incurred by Graves Dougherty Hearon & Moody, PC in the representation of John Patrick

Lowe in his capacity as Chapter 7 from March 20, 2024, through October 16, 2024, are hereby approved and allowed on an interim basis and the Chapter 7 Trustee authorized to pay the same.

**IT IS, FURTHERMORE, ORDERED** that all fees and expenses paid to GDHM remain subject to disgorgement by future order of the Court in accordance with the provisions of the Bankruptcy Code and other governing law.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com