**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 14, 2024.**

Craig A. Gargotta

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER ON FIRST INTERIM APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**

CAME ON TO BE CONSIDERED the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred* (the "Application") [Dkt. No. 20] filed by Graves Dougherty Hearon & Moody, PC in the above-captioned bankruptcy cases. After considering the Application and any responses thereto, the Court is of the opinion that it should be GRANTED on an interim basis.

**IT IS, THEREFORE, ORDERED**, that the total amount of $24,791.84 in fees billed and expenses incurred by Graves Dougherty Hearon & Moody, PC in the representation of John Patrick

Lowe in his capacity as Chapter 7 from March 20, 2024, through October 16, 2024, are hereby approved and allowed on an interim basis and the Chapter 7 Trustee authorized to pay the same.

**IT IS, FURTHERMORE, ORDERED** that all fees and expenses paid to GDHM remain subject to disgorgement by future order of the Court in accordance with the provisions of the Bankruptcy Code and other governing law.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-50359-cag

Animo Bancorp, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 15, 2024 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee bcumings@gdhm.com, ctrickey@gdhm.com |
| David W. Parham | on behalf of Creditor The Capital Markets Company LLC david.parham@akerman.com esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com |
| Dax D. Voss | on behalf of Defendant Field Manning Stone Aycock PC dvoss@lubbocklawfirm.com, clusk@lubbocklawfirm.com |

| | |
|---|---|
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Douglas J. Powell | on behalf of Debtor Animo Bancorp Inc. dpowell@dougpowelllaw.com, dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Michael Hess | on behalf of Creditor The Capital Markets Company LLC michael.hess@akerman.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen R Butler | on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov agbanktexas@ag.tn.gov |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 12