**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § § | **Chapter 7** |
| **DEBTOR.** | § § § | |

**DISCLOSURE OF COMPENSATION UNDER**
**11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)**

I hereby certify that the attorneys of Iacuone McAllister Potter PLLC ("IMcP") are the proposed attorneys for the Trustee in this case, as special counsel, and that the compensation paid or agreed to be paid to IMcP for services rendered, or to be rendered, in such capacity in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

| | |
|---|---|
| Amount paid: | $0.00 |
| Amount to be paid: | The fees, costs and expenses incurred by IMcP while serving as special counsel in pursuit of the litigation pursuant to the JPA[1] shall be paid from Net Proceeds. |
| Property transferred to IMcP: | None |
| Collateral held by IMcP: | None |
| The source of the compensation already paid to IMcP: | N/A |

IMcP has not agreed to share this compensation with any other person unless they are

[1] Unless otherwise specifically defined herein, capitalized terms shall have the meanings ascribed to such terms within the Agreement, which is attached as Exhibit "A" to the Trustee's *Application to Employ Iacuone McAllister Potter PLLC as Special Counsel*.

employees of the IMcP.

DATED: March 25, 2025.

Respectfully submitted,

*/s/ Chase J. Potter*

**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
E-Mail: shepherd@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**COUNSEL FOR THE AGENT AND**
**PROPOSED SPECIAL COUNSEL FOR TRUSTEE**