Label Matrix for local noticing
0542-5
Case 24-50359-cag
Western District of Texas
San Antonio
Tue Mar 12 22:07:32 CDT 2024

Animo Bancorp, Inc.
10777 Strait Lane
Dallas, TX 75229-5428

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Blackstone Invesments I
P. O. Box 863376
Plano, TX 75086-3376

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Frwy Ste 1000
Dallas, Texas 75207-2328

Daniel Realty Services
505 20th Street North
Suite 1000
Birmingham, AL 35203-4626

Michael B. Hess
Akerman, LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201-2938

Predicitve Analytics Group, Inc.
c/o Bailey & Glasser, LLP
2961 Centerville Road, Suite 302
Wilmington, DE 19808-1663

State of New Jersey
Department of the Treasury
c/o Pioneer Credit recovery
P. O. Box 1009
Moorestown, NJ 08057-0909

State of Tennessee
Department of Revenue
500 Deaderick Street
Nashville, TN 37242-0002

The Capital Markets Company, LLC
3131 McKinney Ave., Suite 175
Dallas, TX 75204-7426

United States Department of Justice
United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

Douglas J. Powell
Law Offices of Douglas J. Powell
PO Box 340686
Lakeway, TX 78734-0012

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

End of Label Matrix
Mailable recipients 16
Bypassed recipients 0
Total 16