**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 22, 2025.**

Craig A. Gargotta

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **Case No. 24-50359-cag** |
| | § | |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY**
**IACUONE McALLISTER POTTER PLLC AS SPECIAL COUNSEL**

CAME ON FOR CONSIDERATION the *Trustee's Application to Employ Iacuone McAllister Potter PLLC as Special Counsel* [Dkt. No. 26] (the "Application"), filed by John Patrick Lowe (the "Trustee"), the duly-appointed chapter 7 trustee for the estate (the "Estate") of Animo Bancorp, Inc. (the "Debtor"), the debtor in the above-styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case"), by which the Trustee seeks to retain the law firm of Iacuone McAllister Potter PLLC (the "IMcP") as special counsel to the Trustee pursuant to the

approved Agreement[1] between the Trustee and Agent.

Finding that service and notice of the Application was sufficient and appropriate, that IMcP does not represent or hold any interest adverse to the Debtor or to the Estate with respect to the matters on which IMcP is to be employed, and finding that the terms of compensation and reimbursement in the Application and Agreement are reasonable and appropriate, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that the Trustee is authorized to retain IMcP as special counsel pursuant to section 327(e) of the Bankruptcy Code; it is further

ORDERED that notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry; it is further

ORDERED that any settlement funds received as a result of the pursuit of the Estate Causes of Action shall not be disbursed without prior Court approval; it is further

ORDERED that the Debtor, Trustee, Agent, and IMcP are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible regarding the interpretation and enforcement of this Order and the Agreement.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*
Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms within the Application.