**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 22, 2025.**

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § § | **Chapter 7** |
| **DEBTOR.** | § § | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY**
**IACUONE McALLISTER POTTER PLLC AS SPECIAL COUNSEL**

CAME ON FOR CONSIDERATION the *Trustee's Application to Employ Iacuone McAllister Potter PLLC as Special Counsel* [Dkt. No. 26] (the "Application"), filed by John Patrick Lowe (the "Trustee"), the duly-appointed chapter 7 trustee for the estate (the "Estate") of Animo Bancorp, Inc. (the "Debtor"), the debtor in the above-styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case"), by which the Trustee seeks to retain the law firm of Iacuone McAllister Potter PLLC (the "IMcP") as special counsel to the Trustee pursuant to the

approved Agreement[1] between the Trustee and Agent.

Finding that service and notice of the Application was sufficient and appropriate, that IMcP does not represent or hold any interest adverse to the Debtor or to the Estate with respect to the matters on which IMcP is to be employed, and finding that the terms of compensation and reimbursement in the Application and Agreement are reasonable and appropriate, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that the Trustee is authorized to retain IMcP as special counsel pursuant to section 327(e) of the Bankruptcy Code; it is further

ORDERED that notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry; it is further

ORDERED that any settlement funds received as a result of the pursuit of the Estate Causes of Action shall not be disbursed without prior Court approval; it is further

ORDERED that the Debtor, Trustee, Agent, and IMcP are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible regarding the interpretation and enforcement of this Order and the Agreement.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*
Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms within the Application.

United States Bankruptcy Court

Western District of Texas

In re:
Animo Bancorp, Inc.
Debtor

Case No. 24-50359-cag
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-5 | User: admin | Page 1 of 2

Date Rcvd: Apr 22, 2025 | Form ID: pdfintp | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Charles J. Potter, IACUONE MCALLISTER POTTER PLLC, Energy Square One, 4925 Greenville Ave., #1112, Dallas, TX 75206-4026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee bcumings@gdhm.com, ctrickey@gdhm.com |
| David W. Parham | on behalf of Creditor The Capital Markets Company LLC david.parham@akerman.com esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com |
| Dax D. Voss | on behalf of Defendant Field Manning Stone Aycock PC dvoss@lubbocklawfirm.com, clusk@lubbocklawfirm.com |
| Don Stecker | |

| | |
|---|---|
| | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Douglas J. Powell | on behalf of Debtor Animo Bancorp Inc. dpowell@dougpowelllaw.com, dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Michael Hess | on behalf of Creditor The Capital Markets Company LLC michael.hess@akerman.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen R Butler | on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov agbanktexas@ag.tn.gov |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 12