GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

EXH 1

John Patrick Lowe

September 29, 2025
Invoice No. 2085366

---

## BILLING SUMMARY

For Services Through September 29, 2025

**Our File No. A32885.11**

**RE: Animo Bancorp Bankruptcy**

| | |
|---|---|
| Total Fees for Professional Services | $ 8,542.50 |
| Total Reimbursable Costs | $ 329.52 |
| **TOTAL INVOICE AMOUNT** | **$ 8,872.02** |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

Lowe, Chapter 7 Trustee, John Patrick

September 29, 2025
Invoice No. 2085366

## FEES FOR PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/24 | BTC | Communicate with J. Manning regarding settlement payment (.1); | .10 | 475.00 | 47.50 |
| 10/29/24 | BTC | Prepare dismissal documents for adversary proceeding (.4); Communicate with P. Manning and P. Lowe regarding drafts (.1); | .50 | 475.00 | 237.50 |
| 11/04/24 | BTC | Communicate with P. Manning regarding order dismissing adversary (.1); | .10 | 475.00 | 47.50 |
| 12/10/24 | BTC | Communicate with D. Felice, counsel for creditor, regarding status of estate (.1); Communicate with P. Rosenblatt, counsel for potential litigation funder, regarding Neugebauer claims (.1); | .20 | 475.00 | 95.00 |
| 12/11/24 | BTC | Communicate with P. Rosenblatt, counsel for Rick Jackson, regarding interest in litigation (.1); Communicate with P. Lowe regarding potential funding (.1); | .20 | 475.00 | 95.00 |
| 12/23/24 | BTC | Communicate with P. Rosenblatt re potential sharing arrangement (.1); | .10 | 475.00 | 47.50 |
| 12/30/24 | BTC | Communicate with P. Rosenblatt, counsel for potential sharing arrangement, regarding litigation claims (.1); | .10 | 475.00 | 47.50 |
| 1/09/25 | BTC | Communicate with P. Rosenblatt et al regarding potential litigation collaboration (.1); | .10 | 500.00 | 50.00 |
| 1/13/25 | BTC | Communicate with P. Rosenblatt regarding potential litigation arrangement; | .10 | 525.00 | 52.50 |
| 1/14/25 | BTC | Communicate with P. Rosenblatt et al, regarding potential litigation for estate (.3); Communicate with P. Lowe regarding pending matters (.2); | .50 | 525.00 | 262.50 |
| 1/20/25 | BTC | Communicate with P. Rosenblatt, counsel for potential litigation collaboration, regarding claims against Neugebauer (.2); Communicate with P. Lowe regarding potential litigation collaboration (.1); | .30 | 525.00 | 157.50 |
| 1/23/25 | BTC | Review and analyze JIG proposal regarding litigation against Neugebauer (.5); | .50 | 525.00 | 262.50 |
| 1/24/25 | BTC | Communicate with D. Felice, counsel for creditor, regarding potential for JGI collaboration on litigation (.1); | .10 | 525.00 | 52.50 |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/28/25 | BTC | Review and analyze litigation proposal from JIG (.2); Communicate with P. Lowe regarding counterproposal (.1); Communicate with P. Rosenblatt of JIG regarding proposal (.1); | .40 | 525.00 | 210.00 |
| 2/03/25 | BTC | Communicate with P. Rosenblatt regarding potential litigation funding and sharing arrangement (.2); | .20 | 525.00 | 105.00 |
| 2/05/25 | BTC | Communicate with P. Lowe regarding potential litigation sharing arrangement (.1); | .10 | 525.00 | 52.50 |
| 2/11/25 | BTC | Communicate with P. Rosenblatt regarding litigation agreement; | .10 | 525.00 | 52.50 |
| 2/13/25 | BTC | Review and analyze litigation purchase and sharing arrangement proposal sent by P. Rosenblatt (.6); Communicate with P. Lowe regarding same (.1); | .70 | 525.00 | 367.50 |
| 2/24/25 | BTC | Communicate with D. Felice and M. Hess, counsel for creditors, regarding litigation agreement (.1); Communicate with P. Rosenblatt regarding papering up litigation agreement (.1): | .20 | 525.00 | 105.00 |
| 2/27/25 | BTC | Draft motion for authorization to enter joint litigation agreement (1.5); Communicate with P. Rosenblatt regarding terms of joint litigation agreement (.2); | 1.70 | 525.00 | 892.50 |
| 2/28/25 | BTC | Prepare motion to approve sharing arrangement (.8); Communicate with P. Rosenblatt regarding special litigation counsel application (.1); | .90 | 525.00 | 472.50 |
| 3/10/25 | BTC | Prepare litigation sharing agreement motion and associated documents (2.8); Communicate with P. Rosenblatt regarding same (.1); | 2.90 | 525.00 | 1,522.50 |
| 3/11/25 | BTC | Prepare litigation agreement (.4); Communicate with P. Rosenblatt regarding same (.1); | .50 | 525.00 | 262.50 |
| 3/14/25 | BTC | Prepare sharing arrangement pleadings (.6); | .60 | 525.00 | 315.00 |
| 3/17/25 | BTC | Prepare litigation sharing arrangement pleadings (.2); | .20 | 525.00 | 105.00 |
| 3/18/25 | BTC | Prepare litigation sharing arrangement pleadings (.5); Prepare application to employ special counsel (.6); Communicate with P. Rosenblatt and P. Lowe regarding litigation sharing arrangement (.2); | 1.30 | 525.00 | 682.50 |
| 3/19/25 | BTC | Prepare litigation sharing arrangement pleadings (.8); Communicate with P. Rosenblatt and P. Lowe regarding same (.1); | .90 | 525.00 | 472.50 |
| 3/25/25 | BTC | Prepare application to employ special counsel (1.3); Communicate with P. Rosenblatt and P. Lowe regarding special counsel retention (.1); | 1.40 | 525.00 | 735.00 |
| 4/16/25 | BTC | Communicate with M. Hess regarding litigation sharing order (.1); | .10 | 525.00 | 52.50 |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/25 | BTC | Communicate with P. Rosenblatt regarding order (.1); | .10 | 525.00 | 52.50 |
| 4/22/25 | BTC | Communicate with P. Rosenblatt regarding moving forward with litigation under sharing arrangement (.2); Communicate with P. Lowe regarding litigation (.1); Communicate with M. Hess, counsel for creditor, regarding treatment of claim (.1); | .40 | 525.00 | 210.00 |
| 4/23/25 | BTC | Communicate with P. Rosenblatt regarding purchase payment (.1); | .10 | 525.00 | 52.50 |
| 4/25/25 | BTC | Communicate with P. Rosenblatt regarding proceeding with litigation (.1); | .10 | 525.00 | 52.50 |
| 4/29/25 | BTC | Communicate with P. Rosenblatt and P. Lowe regarding Joint Prosecution Agreement (.1); | .10 | 525.00 | 52.50 |
| 7/16/25 | BTC | Communicate with P. Rosenblatt, counsel for purchaser, regarding litigation issues (.1); | .10 | 525.00 | 52.50 |
| 7/17/25 | BTC | Communicate with P. Rosenblatt and P. Lowe regarding litigation claims and mechanisms (.2); | .20 | 525.00 | 105.00 |
| 7/21/25 | BTC | Communicate with P. Rosenblatt regarding special litigation counsel (.1); | .10 | 525.00 | 52.50 |
| 8/07/25 | BTC | Communicate with P. Rosenblatt regarding estate litigation (.1); | .10 | 525.00 | 52.50 |

**TOTAL FEES FOR PROFESSIONAL SERVICES** **$ 8,542.50**

**SUMMARY OF FEES FOR PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---|---|---|
| Cumings, Brian T. | 1.30 | 475.00 | 617.50 |
| Cumings, Brian T. | .10 | 500.00 | 50.00 |
| Cumings, Brian T. | 15.00 | 525.00 | 7,875.00 |
| **Total** | **16.40** | | **$ 8,542.50** |

**REIMBURSABLE COSTS**

| Date | Description | Amount |
|---|---|---|
| 4/01/25 | Fee for mailout (Certificate of Service), Visa-NMD 3/19/25 | 26.52 |
| 4/01/25 | Filing fee (Certificate of Service), Visa-NMD, 3/26/2025 | 104.00 |
| 4/01/25 | Filing fee (TX Western BK Court), Visa-NMD, 3/19/2025 | 199.00 |

GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

| | |
|---|---|
| **TOTAL REIMBURSABLE COSTS** | **$ 329.52** |
| **TOTAL INVOICE AMOUNT** | **$ 8,872.02** |

GRAVES
DOUGHERTY
HEARON &
MOODY
A Professional Corporation

PO Box 98, Austin, Texas 78767
(512) 480-5600
accounting@gdhm.com
TIN: 74-2587674

John Patrick Lowe

September 29, 2025
Invoice No. 2085366

---

# REMITTANCE COPY

**Our File No. A32885.11**

**RE: Animo Bancorp Bankruptcy**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 8,872.02** |

**All checks should be made payable to:**

GDHM
Attention: Accounts Receivable
P.O. Box 98
Austin, TX 78767-9998

**For payment by wire or ACH in USD:**

Bank of America
Austin, TX
Account: #005774315877
ACH ABA Routing: #111000025
Wire ABA Routing: #026009593
Int'l SWIFT Code: BOFAUS3N

To pay your bill online via credit card please visit
https://secure.lawpay.com/pages/gravesdoughertyhearonmoody/operating

## INVOICES ARE PAYABLE UPON RECEIPT

## Please return this remittance with your payment

***We appreciate your business.***