Cases No. 24-50359 **APPENDIX L-2016-a-2**
Animo Bancorp, Inc., Debtor

**SECOND INTERIM FEE APPLICATION SUMMARY**

I. CLIENT – John Patrick Lowe, Chapter 7 Trustee

II. REQUESTING APPLICANT/FIRM - Graves Dougherty Hearon & Moody, P.C., attorneys for trustee

III. TOTAL AMOUNT OF FEES REQUESTED -
- a. Fees: $8,542.50;
- b. Expenses: $329.52;
- c. Pre-petition retainer, if any: $0;
- d. Time period covered: October 22, 2024, to August 7, 2025.

IV. BREAKOUT OF CURRENT APPLICATION

| *(1) PROFESSIONAL* | *TITLE* | *HOURLY RATE* | *TOTAL HOURS* | *FEES* |
|---|---|---|---|---|
| Cumings, Brian T. | Attorney | $475 | 1.3 | $617.50 |
| Cumings, Brian T. | Attorney | $500 | .1 | $50.00 |
| Cumings, Brian T. | Attorney | $525 | 15.0 | $7,875.00 |
| **Totals** | | **$520.88** | **16.4** | **$8,542.50** |

MINIMUM FEE INCREMENTS - .1 hour
EXPENSES: $329.52
TOTAL FEES AND EXPENSES $8,872.02

V. PRIOR APPLICATIONS:

One. Filed October 17, 2024 [Dkt. No. 20], approved November 14, 2024 [Dkt. No. 23]. Fees of $24,320.00 and expenses of $471.84.

VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:
The Chapter 7 Trustee will be entitled to his compensation.

VII. RESULT OBTAINED – Prosecuted an adversary complaint that resulted in recovery of $65,000.00. Assisted the Trustee in investigating litigation claims against insiders and making arrangements for pursuit of those claims.

# EXHIBIT 3