**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**ORDER ON SECOND INTERIM APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**

CAME ON TO BE CONSIDERED the *Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred* (the "Application") [Dkt. No. __] filed by Graves Dougherty Hearon & Moody, PC ("Graves Dougherty") in the above-captioned bankruptcy cases. After considering the Application and any responses thereto, the Court is of the opinion that it should be APPROVED on an interim basis.

**IT IS, THEREFORE, ORDERED**, that the total amount of $8,872.02 in fees billed and expenses incurred by Graves Dougherty in the representation of John Patrick Lowe in his capacity

as Chapter 7 from October 22, 2024, through August 7, 2025, are hereby approved and allowed on an interim basis and the Chapter 7 Trustee authorized and directed to pay the same.

**IT IS, FURTHERMORE, ORDERED,** that all fees and expenses paid to Graves Dougherty remain subject to disgorgement by future order of the Court in accordance with the provisions of the Bankruptcy Code and other governing law.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com