**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**NOTICE TO CREDITORS OF FILING OF SECOND INTERIM APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT FOR EXPENSES INCURRED**

**This pleading requests relief that may be adverse to your interests.**
**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**
**A timely filed response is necessary for a hearing to be held.**
**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, San Antonio Division, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, Room 597, San Antonio, Texas 78205. If a timely response is filed, the Court will then set a hearing on the Application, and you will be provided with notice of the date, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Application.**

Graves Dougherty Hearon & Moody, PC ("Graves Dougherty"), Counsel to John Patrick Lowe, Chapter 7 trustee (the "Trustee") of the estate of Animo Bancorp, Inc. (the "Estate"), hereby serves this notice to those listed on the attached creditors mailing matrix that they have filed their Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred in the above-styled and numbered cause of action and that the complete Application filing referenced above can be located by going to https://www.pacer.gov/ or by contacting Counsel to the Trustee, Brian T. Cumings at: bcumings@gdhm.com, with a subject line of: 24-50359-cag, Animo Bancorp.

Attached to this Notice is a copy of the Fee Application Summary which was Exhibit 3 to the Fee Application filing. Unless you wish to object to the Application within 21 days of the date of this Notice, you do not need to take any further action in this regard.

September 30, 2025

*/s/ Brian T. Cumings*

512.480.5626, bcumings@gdhm.com