**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 20, 2026.**

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| ANIMO BANCORP, INC., | § | |
| | § | Case No. 24-50359-cag |
| Debtor. | § | |

**ORDER GRANTING**
**TRUSTEE'S MOTION TO APPROVE COMPENSATION**
**OF IACUONE MCALLISTER POTTER PLLC**

CAME ON FOR CONSIDERATION the *Trustee's Motion to Approve Compensation of Iacuone McAllister Potter PLLC* [Docket No. 35] (the "Motion to Approve"), filed by John Patrick Lowe (the "Trustee"), the duly-appointed chapter 7 trustee for the estate (the "Estate") of Animo Bancorp, Inc. (the "Debtor"), the debtor in the above-styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case"), by which the Trustee seeks to approve the compensation of Iacuone McAllister Potter PLLC ("IMcP") as special counsel to the Trustee pursuant to the approved Litigation Sharing Arrangement[1] between the Trustee and Agent.

[1] Terms not defined herein have the meaning ascribed to them in the Motion to Approve.

Finding that service and notice of the Motion to Approve was sufficient and appropriate, finding that the terms of compensation and reimbursement in the Motion to Approve and Litigation Sharing Arrangement are reasonable and appropriate, finding that no objections to the Motion to Approve were filed, and based upon the representations of counsel in the Motion to Approve, it is hereby:

ORDERED that the Motion to Approve is APPROVED; it is further

ORDERED that the compensation and reimbursement to be paid to IMcP set forth in the Motion to Approve and Litigation Sharing Arrangement are APPROVED pursuant to section 328(a) of the Bankruptcy Code and shall be subject to review only pursuant to the standards set forth in section 328(a) of the Bankruptcy Code and shall not be subject to any other standard of review including, but not limited to, that set forth in section 330 of the Bankruptcy Code; it is further

ORDERED that IMcP's contingency fees (as outlined and described in the Motion to Approve) will be paid to IMcP automatically upon recovery of amounts after successful prosecution and/or pursuit of any demand, cause of action, claim, and/or lawsuit on behalf of the Estate without the need for (i) any fee applications from IMcP with respect to the contingency fees, or (ii) further approval of the contingency fees from this Court; it is further

ORDERED that notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry; it is further

ORDERED that the Debtor, Trustee, and Estate are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible regarding the interpretation and enforcement of this Order and the Litigation Sharing Arrangement.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-50359-cag

Animo Bancorp, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2

Date Rcvd: Mar 20, 2026 Form ID: pdfintp Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Animo Bancorp, Inc., 10777 Strait Lane, Dallas, TX 75229-5428 |
| aty | + | Charles J. Potter, IACUONE MCALLISTER POTTER PLLC, Energy Square One, 4925 Greenville Ave., #1112, Dallas, TX 75206-4026 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2026 23:21:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K Knighton, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 20 2026 23:20:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Don Stecker, 112 E Pecan St #2200, San Antonio, TX 78205 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Mar 20 2026 23:20:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Talbot Cumings | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Chase Potter | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee potter@imcplaw.com, filings@imcplaw.com |
| David W. Parham | on behalf of Creditor The Capital Markets Company LLC david.parham@akerman.com esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com |
| Dax D. Voss | on behalf of Defendant Field Manning Stone Aycock PC dvoss@lubbocklawfirm.com, clusk@lubbocklawfirm.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com don.stecker@ecf.courtdrive.com |
| Douglas J. Powell | on behalf of Debtor Animo Bancorp Inc. dpowell@dougpowelllaw.com, dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Michael Hess | on behalf of Creditor The Capital Markets Company LLC michael.hess@akerman.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen R Butler | on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov agbanktexas@ag.tn.gov |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 13