**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:

ANIMO BANCORP, INC.,

Case No: 24-50359-cag

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Paul M. Rosenblatt ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent GloriFi Acquisitions, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   Kilpatrick Townsend & Stockton LLP,

   with offices at

   Mailing address: 1100 Peachtree Street NE, Suite 2800

   City, State, Zip: Atlanta, GA 30309

   Telephone: 404-815-6321 Fax: 404-541-3373

   Email Address: prosenblatt@ktslaw.com

2. Since July 23, 1997, Applicant has been and presently is a member of and in good standing with the Bar of the State of Georgia. Applicant's bar license number is 614522.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
| --- | --- |
| See Attached List of Admissions | |
| | |
| | |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

N/A

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ◉ Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

○ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
| --- | --- | --- |
| ____________________ | __________ | ___________________________ |
| ____________________ | __________ | ___________________________ |
| ____________________ | __________ | ___________________________ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of ____________Paul M. Rosenblatt____________ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

______________________________
[Signature of Applicant]

Paul M. Rosenblatt
[Printed name of Applicant]

1100 Peachtree St. NE, Suite 2800, Atlanta
[Address of Applicant]

404-815-6321
[Telephone of Applicant]

prosenblatt@ktslaw.com
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 26th Day of August, 2026.

**Note: Per Local Rule 9013-1(c)(2)**

**Certificate of Service Requirements**

[Signature of Applicant]

Paul M. Rosenblatt
[Printed name of Applicant]

1100 Peachtree St. NE, Suite 2800, Atlanta, GA 30309
[Address of Applicant]

404-815-6321
[Telephone of Applicant]

prosenblatt@ktslaw.com
[Email address of Applicant]

List of Admissions for Paul M. Rosenblatt:

| Court | Date Admitted |
|---|---:|
| State Bar of Georgia | 7/23/1997 |
| State Bar of New York | 5/23/1995 |
| State Bar of New Jersey | 12/19/1994 |
| U.S. District Court for the Eastern District of New York | 8/27/1996 |
| U.S. District Court for the Northern District of New York | 11/04/2002 |
| U.S. District Court for the Southern District of New York | 8/06/1996 |
| U.S. District Court for the Western District of New York | 9/03/2009 |
| U.S. District Court for the Middle District of Georgia | 3/04/2002 |
| U.S. District Court for the Northern District of Georgia | 10/14/1997 |
| U.S. District Court for the Northern District of California | 10/21/2021 |
| U.S. District Court for the Northern District of Illinois | 1/29/1994 |
| U.S. District Court for the Northern District of Texas | 11/07/2001 |
| U.S. District Court for the Southern District of Texas | 10/29/2001 |