**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

**IN RE:**

ANIMO BANCORP, INC.

Case No.: 24-50359-cag

Chapter: 7

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Paul M. Rosenblatt ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of GloriFi Acquisitions, LLC in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

Prepared By:

Paul M. Rosenblatt
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, Georgia 30309
404.815.6321
prosenblatt@ktslaw.com