**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Case No. 24-50359-alt** |
| **Debtor.** | § | |

**STIPULATION EXTENDING DEADLINE TO**
**<u>RESPOND TO MOTION TO CONVERT</u>**

**[Relates to Dkt. No. 39]**

Animo Bancorp, Inc., the debtor in the above-styled and numbered chapter 7 bankruptcy case (the "<u>Debtor</u>"), and John Patrick Lowe, the duly-appointed chapter 7 trustee for the Debtor's estate (the "<u>Trustee,</u>" and collectively with the Debtor, the "<u>Parties</u>"), by and through their undersigned counsel, hereby stipulate and agree as set forth below in this stipulation (the "<u>Stipulation</u>").

**<u>RECITALS</u>**

1. On August 7, 2026, the Debtor filed and served its *Motion to Convert Bankruptcy Case to Chapter 11 Pursuant to Section 706(a) of the Bankruptcy Code* [Dkt. No. 39] (the "<u>Conversion Motion</u>").

2. The Conversion Motion utilizes the Court's "negative notice" procedures, stating in part that "[i]f no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held." Conversion Motion, p. 1. Accordingly, the deadline for any party to file a response to the Conversion Motion currently falls on Friday, August 28, 2026, twenty-one days after the August 7th filing and service of the Conversion Motion.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Notwithstanding any contrary response deadline related to the Conversion Motion, the Parties have agreed that the deadline for the Trustee, GloriFi Acquisitions, LLC,[1] and all creditors and interested parties to file an objection or any other response to the Conversion Motion is **Monday, September 14, 2026**.

**STIPULATED AND AGREED:**

*/s/ Chase J. Potter*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Jeffrey M. Tillotson*
**JEFFREY M. TILLOTSON**
Texas State Bar No. 20039200
jtillotson@tillotsonlaw.com
**ENRIQUE RAMIREZ**
Texas State Bar No. 24122158
eramirez@tillotsonlaw.com

**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 - Telephone
(214) 292-6564 - Facsimile

**COUNSEL FOR THE DEBTOR**

[1] *See e.g. Motion to Approve Sale of Assets and For Approval of Litigation Sharing Arrangement* [Dkt. No. 25] and *Order on Motion to Approve Sale of Assets and for Approval of Litigation Sharing Arrangment* [Dkt. No. 27].

## CERTIFICATE OF SERVICE

I certify that on August 27, 2026, a true and correct copy of the foregoing was served on all parties receiving electronic notice through the Court's ECF system, including general counsel for the Trustee and counsel for GloriFi Acquistions, LLC.

*/s/ Chase J. Potter*
**CHASE J. POTTER**