# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO: 24-50359-cag** |
| | § | |
| **ANIMO BANCORP, INC.,** | § | **CHAPTER 7** |
| | § | |
| **Debtor.** | § | |

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, Room 597, San Antonio, Texas 78205. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing.**

**If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

**TO THE HONORABLE CRAIG A. GARGOTTA, U.S. BANKRUPTCY JUDGE:**

## MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY

**TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW, DOUGLAS J. POWELL,** "Movant" herein and Attorney for Animo Bancorp, Inc., "Debtor" in the above referenced and styled Bankruptcy proceeding and files his Motion to Withdraw as Attorney for Debtor, and would respectfully show the Court as follows:

**I.**

Debtor filed a Chapter 7 Bankruptcy proceeding on March 5, 2024 under Chapter 7 of the United States Bankruptcy Code. The case remains open at this time.

**II.**

On or about August 7, 2026, Debtor, through the law firm of Crawford, Wishnew & Lang, PPLC, filed a Motion to Convert Bankruptcy Case to Chapter 11 Pursuant to Section 706(a) of the Bankruptcy Code (PACER Doc. #39). Movant was unaware of this until he received notice of the filing of the Motion through the Courts ECF system. As the Debtor has now retained other counsel, Movant would show that his services no longer appear to be desired or need in this matter. Movant therefore seeks to withdraw as attorney for Debtor in this matter.

**III.**

A copy of the proposed order is attached hereto.

**WHEREFORE, PREMSIES CONSIDERED,** Douglas J. Powell, Movant herein, prays that he be authorized to withdraw as Debtor's counsel in this case and for all other and further relief, both general and specific, at law or in equity, to which the Movant may show himself justly entitled.

Respectfully submitted,

**THE LAW OFFICES OF**
**DOUGLAS J. POWELL, P.C.**

*/s/ Douglas J. Powell*

Douglas J. Powell
Attorney for Animo Bancorp, Inc. Debtor
P. O. Box 340686
Lakeway, TX 78734
(512) 476-2457
Email: dpowell@dougpowelllaw.com

**CERTIFICATE OF SERVICE**

I certify by my signature below, that a true and correct copy of the foregoing Motion has been forwarded via the Court's electronic notification system to the parties listed below on this the 8th day of September, 2026.

/s/ Douglas J. Powell
DOUGLAS J. POWELL

Tom Hill Crawford, III
Crawford, Wishnew & Lang PLLC
1700 Pacific Ave
Suite 2390
Dallas, TX 75201

Trustee
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

Brian Talbot Cumings
Graves Dougherty Hearon & Moody, PC
401 Congress Ave #2700
Austin, TX 78701

Charles J. Potter
Iacuone McAllister Potter PLLC
Energy Square One
4925 Greenville Ave, Suite 1112
Dallas, TX 75206

Chase Potter
Iacuone McAllister Potter PLLC
4925 Greenville Ave.
Suite 1112
Dallas, TX 75206

Sherrel K. Knighton
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Don Stecker

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205

Michael Hess
David W. Parham
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

Paul Rosenblatt
Kilpatrick Townsend & Stockton, LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309