# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO: 24-50359-cag** |
| | § | |
| **ANIMO BANCORP, INC.,** | § | **CHAPTER 7** |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY**

**CAME ON FOR CONSIDERATION THIS DAY,** the Motion to Withdraw as Debtor's Attorney of **DOUGLAS J. POWELL,** "Movant" herein and Attorney for Animo Bancorp, Inc., "Debtor" in the above referenced and styled Bankruptcy proceeding. The Court, having considered the Motion and noting no objection thereto, does hereby

**ORDER, ADJUDGE** and **DECREE** that the Motion to Withdraw as Debtor's Attorney of Douglas J. Powell is hereby in all things **GRANTED.** It is further

**ORDERED, ADJUDGED** and **DECREED** that Douglas J. Powell is hereby relieved of all further duties and responsibilities in this matter.

# # #

Order prepared by:
Douglas J. Powell