**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-50359-cag |
| ANIMO BANCORP, INC. | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE AND NOTICE**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), David W. Parham of Akerman LLP hereby enters his appearance in the above-referenced Chapter 7 case as counsel to creditor and party-in-interest, The Capital Markets Company, LLC ("Capco") and hereby requests that all notices given or required in this Chapter 7 Case, and all documents, and all other papers served in this Chapter 7 Case, be given to and served upon the undersigned counsel listed below:

Laura Taveras
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
laura.taveras@akerman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtor, or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive Capco's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Capco is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in this Chapter 7 Case.

Dated: September 15, 2026

Respectfully submitted

**AKERMAN LLP**

*/s/ Laura Taveras*

Laura Taveras, SBN: 24127243
laura.taveras@akerman.com
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339

*Attorneys for Creditor The Capital Markets Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026 a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties of record.

*/s/ Laura Taveras*
Laura Taveras