**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ANIMO BANCORP, INC.,** | § | **Case No. 24-50359-alt** |
| | § | |
| **Debtor.** | § | |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 22nd day of September, 2026, he caused true and correct copies of *GloriFi Acquisitions, LLC's Objection to Debtor's Motion to Convert Bankruptcy Case to Chapter 11 Pursuant to Section 706(a) of the Bankruptcy Code, and Brief in Support* (the "Objection") filed by GloriFi Acquisitions, LLC (the "Agent") at Docket Number 47 and all exhibits thereto to be served via U.S. first-class mail, postage prepaid, on the Debtor, counsel for the Debtor, the Trustee, counsel for the Trustee, and the United States Trustee. The undersigned further certifies that, due to the voluminous nature of the exhibits to the Objection, a true and correct copy of the Objection, without the exhibits thereto, has been served via U.S. first-class mail, postage prepaid upon all parties in the service list attached hereto. Interested parties who would like copies of the exhibits attached to the Objection may contact Emily Cabrera, emily@imcplaw.com.

Respectfully submitted,

*/s/ Chase J. Potter*

**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**GREG MCALLISTER**
Texas State Bar No. 24071191
E-Mail: greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas Bar No. 24036818
E-Mail: josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
E-Mail: shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas Bar No. 24065843
E-Mail: jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**COUNSEL FOR THE AGENT AND SPECIAL COUNSEL FOR TRUSTEE**

**-AND-**

**KILPATRICK TOWNSEND & STOCKTON LLP**

**PAUL M. ROSENBLATT**
Georgia Bar Number 614522 (admitted *pro hac vice*)
E-Mail: prosenblatt@ktslaw.com
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-5321

**COUNSEL FOR THE AGENT**