Label Matrix for local noticing
0542-5
Case 24-50359-alt
Western District of Texas
San Antonio
Tue Sep 22 10:20:34 CDT 2026

Animo Bancorp, Inc.
10777 Strait Lane
Dallas, TX 75229-5428

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Birmingham Financial Center, LLC
505 N 20th Street
Suite 1000
Birmingham, AL 35203-4626

Blackstone Invesments I
P. O. Box 863376
Plano, TX 75086-3376

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Frwy Ste 1000
Dallas, Texas 75207-2328

Daniel Realty Services
505 20th Street North
Suite 1000
Birmingham, AL 35203-4626

David A. Felice, Esq.
Bailey & Glasser, LLP
2961 Centerville Rd., Ste. 302
Wilmington, DE 19808-1663

Michael B. Hess
Akerman, LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201-2938

Personetics Technologies, Inc.
4 Ariel Sharon
Giv'atayim Israel 53200

Predicitve Analytics Group, Inc.
c/o Bailey & Glasser, LLP
2961 Centerville Road, Suite 302
Wilmington, DE 19808-1663

Predictive Analytics Group, Inc.
David A. Felice, Esq.
Bailey & Glasser, LLP
2961 Centerville Rd., Ste. 302
Wilmington, DE 19808-1663

State of New Jersey
Department of the Treasury
c/o Pioneer Credit recovery
P. O. Box 1009
Moorestown, NJ 08057-0909

State of New Jersey Division of Taxation
PO Box 245
Trenton, NJ 08602-0245

State of Tennessee
Department of Revenue
500 Deaderick Street
Nashville, TN 37242-0002

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-4015

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nasville, TN 37202-4015

The Capital Markets Company LLC
c/o Michael B Hess
Akerman LLP
2001 Ross Ave., Ste 3600
Dallas, TX 75201-2938

The Capital Markets Company, LLC
3131 McKinney Ave., Suite 175
Dallas, TX 75204-7426

The Capital Markets Company, LLC
c/o David W Parham
Akerman LLP
2001 Ross Ave., Suite 3600
Dallas, TX 75201-2938

The Capital Markets Company, LLC
c/o Laura Taveras, Esq.
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201-2938

United States Department of Justice
United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

Douglas J. Powell
Law Offices of Douglas J. Powell
PO Box 340686
Lakeway, TX 78734-0012

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

Tom Hill Crawford III
Crawford, Wishnew & Lang PLLC
1700 Pacific Ave
Suite 2390
Dallas, TX 75201-7371

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)The Capital Markets Company, LLC
c/o Michael B Hess
Akerman LLP
2001 Ross Avenue, Ste 3600
Dallas, TX 75201-2938

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 28 |
| Bypassed recipients | 1 |
| Total | 29 |