# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−50359−alt
Chapter No.: 7
Judge: Aubrey L. Thomas

IN RE: **Animo Bancorp, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **10/19/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL ROXANNE FLORES AT: roxanne_flores@txwb.uscourts.gov (REFER TO PROCEDURES FOR REMOTE ATTENDANCE POLICY)) (Related Document(s): 39 Motion to Convert Bankruptcy Case to Chapter 11 Pursuant to Section 706(a) of the Bankruptcy Code filed by Tom Hill Crawford III for Debtor Animo Bancorp, Inc.) Hearing Scheduled For 10/19/2026 at 10:00 AM at SA Courtroom 3 (Flores, Roxanne)

Dated: 9/22/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court