# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−50359−alt
Chapter No.: 7
Judge: Aubrey L. Thomas

IN RE: **Animo Bancorp, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **10/19/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL ROXANNE FLORES AT: roxanne_flores@txwb.uscourts.gov (REFER TO PROCEDURES FOR REMOTE ATTENDANCE POLICY)) (Related Document(s): 39 Motion to Convert Bankruptcy Case to Chapter 11 Pursuant to Section 706(a) of the Bankruptcy Code filed by Tom Hill Crawford III for Debtor Animo Bancorp, Inc.) Hearing Scheduled For 10/19/2026 at 10:00 AM at SA Courtroom 3 (Flores, Roxanne)

Dated: 9/22/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-50359-alt

Animo Bancorp, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 3

Date Rcvd: Sep 22, 2026 Form ID: 134 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Animo Bancorp, Inc., 10777 Strait Lane, Dallas, TX 75229-5428 |
| aty | + | Charles J. Potter, Iacuone McAllister Potter PLLC, Energy Square One, 4925 Greenville Ave, Suite 1112, Dallas, TX 75206-4022 |
| aty | + | Graves Dougherty Hearon & Moody, P.C., 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |
| 18699316 | + | Birmingham Financial Center, LLC, 505 N 20th Street, Suite 1000, Birmingham, AL 35203-4626 |
| 18628665 | + | Blackstone Invesments I, P. O. Box 863376, Plano, TX 75086-3376 |
| 18628666 | + | Daniel Realty Services, 505 20th Street North, Suite 1000, Birmingham, AL 35203-4626 |
| 18665524 | #+ | David A. Felice, Esq., Bailey & Glasser, LLP, 2961 Centerville Rd., Ste. 302, Wilmington, DE 19808-1663 |
| 18628667 | + | Michael B. Hess, Akerman, LLP, 2001 Ross Avenue, Suite 3600, Dallas, TX 75201-2938 |
| 18712388 | | Personetics Technologies, Inc., 4 Ariel Sharon, Giv'atayim Israel 53200 |
| 18628668 | + | Predicitve Analytics Group, Inc., c/o Bailey & Glasser, LLP, 2961 Centerville Road, Suite 302, Wilmington, DE 19808-1663 |
| 18665525 | #+ | Predictive Analytics Group, Inc., David A. Felice, Esq., Bailey & Glasser, LLP, 2961 Centerville Rd., Ste. 302, Wilmington, DE 19808-1663 |
| 18628669 | | State of New Jersey, Department of the Treasury, c/o Pioneer Credit recovery, P. O. Box 1009, Moorestown, NJ 08057-0909 |
| 18809959 | + | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 19305605 | + | The Capital Markets Company, LLC, c/o Laura Taveras, Esq., Akerman LLP, 2001 Ross Avenue, Suite 3600, Dallas, Texas 75201-2938 |
| 18628671 | + | The Capital Markets Company, LLC, 3131 McKinney Ave., Suite 175, Dallas, TX 75204-7426 |
| 18664101 | + | The Capital Markets Company, LLC, c/o Michael B Hess, Akerman LLP, 2001 Ross Avenue, Ste 3600, Dallas, TX 75201-2938 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 22 2026 23:14:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K Knighton, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 22 2026 23:13:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Don Stecker, 112 E Pecan St #2200, San Antonio, TX 78205 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 22 2026 23:13:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 18694776 | ^ | MEBN | Sep 22 2026 23:12:37 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 18632915 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 22 2026 23:14:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy Ste 1000, Dallas, Texas 75207-2328 |
| 18633071 | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 22 2026 23:13:00 | Bexar County, c/o Don Stecker, 112 E. Pecan |

| | | | |
|---|---|---|---|
| | | | Street, Suite 2200, San Antonio, TX 78205 |
| 18628670 | + Email/Text: tdor.bankruptcy@tn.gov | Sep 22 2026 23:13:00 | State of Tennessee, Department of Revenue, 500 Deaderick Street, Nashville, TN 37242-0002 |
| 18669278 | + Email/Text: AGBankRevenue@ag.tn.gov | Sep 22 2026 23:13:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 18637700 | + Email/Text: AGBankRevenue@ag.tn.gov | Sep 22 2026 23:13:00 | Tennessee Department of Revenue, c/o Attorney General, PO Box 20207, Nasville, TN 37202-4015 |
| 18648823 | + Email/Text: david.parham@akerman.com | Sep 22 2026 23:14:39 | The Capital Markets Company, LLC, c/o David W Parham, Akerman LLP, 2001 Ross Ave., Suite 3600, Dallas, TX 75201-2938 |
| 18628672 | + Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Sep 22 2026 23:13:00 | United States Department of Justice, United States Attorney, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597 |
| 18628673 | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 22 2026 23:13:00 | United States Trustee, 903 San Jacinto, Suite 230, Austin, TX 78701-2450 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18633072 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18699524 | *+ | The Capital Markets Company LLC, c/o Michael B Hess, Akerman LLP, 2001 Ross Ave., Ste 3600, Dallas, TX 75201-2938 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Talbot Cumings | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Chase Potter | on behalf of Trustee John Patrick Lowe potter@imcplaw.com |

| | |
|---|---|
| | filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com |
| Chase Potter | on behalf of Interested Party GloriFi Acquisitions LLC potter@imcplaw.com, filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com |
| Chase Potter | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee potter@imcplaw.com, filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com |
| David W. Parham | on behalf of Creditor The Capital Markets Company LLC david.parham@akerman.com esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com |
| Dax D. Voss | on behalf of Defendant Field Manning Stone Aycock PC dvoss@lubbocklawfirm.com, clusk@lubbocklawfirm.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com don.stecker@ecf.courtdrive.com |
| Douglas J. Powell | on behalf of Attorney Douglas J. Powell dpowell@dougpowelllaw.com dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| Douglas J. Powell | on behalf of Debtor Animo Bancorp Inc. dpowell@dougpowelllaw.com, dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Joshua J. Iacuone | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee josh@imcplaw.com |
| Laura Taveras Lantigua | on behalf of Creditor The Capital Markets Company LLC laura.taveras@akerman.com |
| Michael Hess | on behalf of Creditor The Capital Markets Company LLC michael.hess@akerman.com |
| Paul M. Rosenblatt | on behalf of Interested Party GloriFi Acquisitions LLC pmr@ktslaw.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen R Butler | on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov agbanktexas@ag.tn.gov |
| Tom Hill Crawford, III | on behalf of Defendant Melissa Neugebauer tcrawford@cwl.law paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law |
| Tom Hill Crawford, III | on behalf of Debtor Animo Bancorp Inc. tcrawford@cwl.law, paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law |
| Tom Hill Crawford, III | on behalf of Defendant Toby Neugebauer tcrawford@cwl.law paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 22