# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−50359−alt
Chapter No.: 7
Judge: Aubrey L. Thomas

IN RE: **Animo Bancorp, Inc.** , Debtor(s)

## Reset
## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **10/20/26 at 09:00 AM**

Hearing RESET (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL ROXANNE FLORES AT: roxanne_flores@txwb.uscourts.gov (REFER TO PROCEDURES FOR REMOTE ATTENDANCE POLICY)) (Related Document(s): 39 Motion to Convert Bankruptcy Case to Chapter 11 Pursuant to Section 706(a) of the Bankruptcy Code filed by Tom Hill Crawford III for Debtor Animo Bancorp, Inc. Hearing Scheduled For 10/20/2026 at 09:00 AM at SA Courtroom 3 ***RESET FOR A SPECIAL SETTING DUE TO TIME ANNOUNCEMENT − CLERKS OFFICE WILL SEND NOTICE*** (Flores, Roxanne)

Dated: 9/29/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court