**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2026.**

Aubrey L. Thomas

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO: 24-50359-alt** |
| | § | |
| **ANIMO BANCORP, INC.,** | § | **CHAPTER 7** |
| | § | |
| **Debtor.** | § | |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY</u>**

**CAME ON FOR CONSIDERATION THIS DAY,** the Motion to Withdraw as Debtor's Attorney of **DOUGLAS J. POWELL,** "Movant" herein and Attorney for Animo Bancorp, Inc., "Debtor" in the above referenced and styled Bankruptcy proceeding. The Court, having considered the Motion and noting no objection thereto, does hereby

**ORDER, ADJUDGE** and **DECREE** that the Motion to Withdraw as Debtor's Attorney of Douglas J. Powell is hereby in all things **GRANTED.** It is further

**ORDERED, ADJUDGED** and **DECREED** that Douglas J. Powell is hereby relieved of all further duties and responsibilities in this matter.

# # #

Order prepared by:

Douglas J. Powell
THE LAW OFFICES OF
DOUGLAS J. POWELL, P.C.
S.B.N. 16194900
Attorney for Debtor
P. O. Box 340686
Lakeway, Texas 78734-0686
(512) 476-2457
E-mail: dpowell@dougpowelllaw.com