**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO: 24-50359-alt** |
| | § | |
| **ANIMO BANCORP, INC.,** | § | **CHAPTER 7** |
| | § | |
| **Debtor.** | § | |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY</u>**

**CAME ON FOR CONSIDERATION THIS DAY,** the Motion to Withdraw as Debtor's Attorney of **DOUGLAS J. POWELL,** "Movant" herein and Attorney for Animo Bancorp, Inc., "Debtor" in the above referenced and styled Bankruptcy proceeding. The Court, having considered the Motion and noting no objection thereto, does hereby

**ORDER, ADJUDGE** and **DECREE** that the Motion to Withdraw as Debtor's Attorney of Douglas J. Powell is hereby in all things **GRANTED.** It is further

**ORDERED, ADJUDGED** and **DECREED** that Douglas J. Powell is hereby relieved of all further duties and responsibilities in this matter.

# # #

Order prepared by:

Douglas J. Powell
THE LAW OFFICES OF
DOUGLAS J. POWELL, P.C.
S.B.N. 16194900
Attorney for Debtor
P. O. Box 340686
Lakeway, Texas 78734-0686
(512) 476-2457
E-mail: dpowell@dougpowelllaw.com

United States Bankruptcy Court
Western District of Texas

In re: Case No. 24-50359-alt
Animo Bancorp, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2
Date Rcvd: Oct 02, 2026 Form ID: pdfintp Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Douglas J. Powell, Law Offices of Douglas J. Powell, PO Box 340686, Lakeway, TX 78734-0012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Talbot Cumings | on behalf of Attorney Graves Dougherty Hearon & Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Trustee John Patrick Lowe bcumings@gdhm.com ctrickey@gdhm.com |
| Brian Talbot Cumings | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee bcumings@gdhm.com, ctrickey@gdhm.com |
| Chase Potter | on behalf of Interested Party GloriFi Acquisitions LLC potter@imcplaw.com, filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com |
| Chase Potter | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee potter@imcplaw.com, filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com |

| | |
|---|---|
| Chase Potter | on behalf of Trustee John Patrick Lowe potter@imcplaw.com filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com |
| David W. Parham | on behalf of Creditor The Capital Markets Company LLC david.parham@akerman.com esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com |
| Dax D. Voss | on behalf of Defendant Field Manning Stone Aycock PC dvoss@lubbocklawfirm.com, clusk@lubbocklawfirm.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com don.stecker@ecf.courtdrive.com |
| Douglas J. Powell | on behalf of Attorney Douglas J. Powell dpowell@dougpowelllaw.com dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| Douglas J. Powell | on behalf of Debtor Animo Bancorp Inc. dpowell@dougpowelllaw.com, dpowell@dougpowelllaw.com;notices@swbell.net;LawOfficesofDouglasJPowellPC@jubileebk.net;ecf123@casedriver.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Joseph Austen Irrobali | on behalf of Defendant Melissa Neugebauer airrobali@tillotsonlaw.com |
| Joseph Austen Irrobali | on behalf of Defendant Toby Neugebauer airrobali@tillotsonlaw.com |
| Joshua J. Iacuone | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee josh@imcplaw.com |
| Laura Taveras Lantigua | on behalf of Creditor The Capital Markets Company LLC laura.taveras@akerman.com |
| Michael Hess | on behalf of Creditor The Capital Markets Company LLC michael.hess@akerman.com |
| Paul M. Rosenblatt | on behalf of Interested Party GloriFi Acquisitions LLC pmr@ktslaw.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen R Butler | on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov agbanktexas@ag.tn.gov |
| Tom Hill Crawford, III | on behalf of Debtor Animo Bancorp Inc. tcrawford@cwl.law, paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law |
| Tom Hill Crawford, III | on behalf of Defendant Melissa Neugebauer tcrawford@cwl.law paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law |
| Tom Hill Crawford, III | on behalf of Defendant Toby Neugebauer tcrawford@cwl.law paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 24