**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 20, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| | § | |

**ORDER GRANTING DEBTOR'S EMERGENCY**
**MOTION FOR CONTINUANCE OF CONVERSION HEARING**

On this day, the Court considered the Emergency Motion for Continuance of Conversion Hearing (the "Motion") filed by Debtor Animo Bancorp, Inc. (the "Debtor"). After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Debtor's Motion is **GRANTED**. The hearing set for October 20, 2026 [Dkt. No. 53] on the Motion to Convert [Dkt. No. 39] is hereby continued. A status conference for the Motion to Convert is hereby set for **January 11, 2027, at 1:30 p.m.** before the Honorable Aubrey L. Thomas. The status conference will be

conducted in a hybrid format. Participants may appear in person at the Hipolito F. Garcia Federal Building and United States Courthouse, 615 E. Houston St., Courtroom 3 (5th Floor), San Antonio, Texas 78205, or remotely via the Court's virtual courtroom at the link below. Remote participants must appear by video (i.e., non-video, telephone-only appearances are not permitted).

Link: https://www.zoomgov.com/my/thomas.txwb

Zoom Meeting ID: 160 8446 6872appear

# # # End of Order # # #

Submitted by:

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Austen Irrobali
State Bar No. 24092564
airrobali@tillotsonlaw.com
Sara K. Babineaux
State Bar No. 24125102
sbabineaux@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR DEBTOR**